# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

PILLYWIGGINS GARDEN, L.L.C.,
a Michigan limited liability company

v.

PINE HILL NURSERY, INC., a Michigan corporation;
and RALPH NAPLES, an individual,
Jointly and Severally

Case No. 1:17-cv-637
Hon. Paul L. Maloney

TO: PINE HILL NURSERY, INC.
ADDRESS: RA: RALPH NAPLES
886 US-31 North,
Kewadin, MI 49648.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Mark G. Clark (P41652)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI  49686
231-932-0411 - mark@traverselegal.com

CLERK OF COURT



By: Deputy Clerk

July 17, 2017
Date

## PROOF OF SERVICE

This summons for _____PINE HILL NURSERY, INC._____ was received by me on _____.
(name of individual and title, if any)                                                                                             (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____               _____
                                                                                                Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                                                Server's printed name and title

                                                                                                _____
                                                                                                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PILLYWIGGINS GARDEN, L.L.C., a Michigan limited liability company | Case No. 1:17-cv-637<br>Hon. Paul L. Maloney |
| v.<br>PINE HILL NURSERY, INC., a Michigan corporation; and RALPH NAPLES, an individual, Jointly and Severally | TO: RALPH NAPLES<br>ADDRESS: 886 US-31 North, Kewadin, MI 49648. |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
  P.O. Box 698, 314 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mark G. Clark (P41652)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411 - mark@traverselegal.com

CLERK OF COURT



By: Deputy Clerk

July 17, 2017
Date

---

## PROOF OF SERVICE

This summons for _____**RALPH NAPLES**_____ was received by me on _____.
                       (name of individual and title, if any)                                     (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                 (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                                 (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                                      *Server's signature*

Additional information regarding attempted service, etc.:
                                                                        *Server's printed name and title*

                                                                             *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

PILLYWIGGINS GARDEN, L.L.C.,
a Michigan limited liability company

v.

PINE HILL NURSERY, INC., a Michigan corporation;
and RALPH NAPLES, an individual,
Jointly and Severally

Case No. 1:17-cv-637
Hon. Paul L. Maloney

TO: PINE HILL NURSERY, INC.
ADDRESS: RA: RALPH NAPLES
886 US-31 North,
Kewadin, MI 49648.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mark G. Clark (P41652)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, MI 49686
231-932-0411 - mark@traverselegal.com

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk     July 17, 2017
                     Date

---

## PROOF OF SERVICE

This summons for _____PINE HILL NURSERY, INC._____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*